## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Friends of Lackawanna; | : |
| Joseph James and Mari May; | : |
| Edward and Beverly Mizanty; and | : |
| Katherine Spanish and Todd Spanish, | : |
| Appellants | : |
| | : |
| v. | : No. 656 C.D. 2017 |
| | : |
| Dunmore Borough Zoning Hearing | : |
| Board and Dunmore Borough; | : |
| Keystone Sanitary Landfill, Inc.; | : |
| F&L Realty Corporation; F&L Realty, | : |
| Inc.; Keystone Company and Keystone | : |
| Landfill, Inc. | : |

## **O R D E R**

NOW, June 26, 2018, having considered appellees' application for reargument and appellants' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge